**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) | |
| v. | ) | 1:26-cr-00050-JPH-MG |
| ANDREW WADE CASE,<br>Defendant. | ) | |

**BRIEF IN SUPPORT OF MOTION TO MAINTAIN DOCUMENT UNDER SEAL**

Defendant Andrew Wade Case, by counsel, pursuant to LR 49.1-2 (h), requests that the Court enter an Order maintaining Defendant's Sentencing Memorandum, filed at Docket 53, under seal. The defense submits:

1. Defendant's Sentencing Memorandum at Docket 53 should be maintained under seal.
2. Defendant's Sentencing Memorandum consists of references to sensitive information, which could expose Mr. Case if accessible by the public.
   A. The motion contains confidential information, much the same type of information as a Presentence Investigation Report, required to be maintained under seal under FRCRP 13.01. Strong policy and interest in protecting the non-disclosure of sensitive information outweighs any public interest in disclosure.
   B. The motion should remain sealed indefinitely, subject to the Court's continuing jurisdiction.
3. Undersigned counsel has discussed this request with AUSA Kyle Sawa, who has an objection to the relief sought herein.

Respectfully submitted,

*Dominic D. Martin*
Dominic D. Martin
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
(317) 383-3520

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2026, a copy of the foregoing was electronically filed. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*Dominic D. Martin*
Dominic D. Martin